**David C. Hunter (SBN: 208155)**
**HINSHAW & CULBERTSON LLP**
**11601 Wilshire Blvd., Suite 800**
**Los Angeles, CA 90025**
**T: 310-909-8000**
**F: 310-909-8001**

**Attorneys for Judgment Creditor**
**RK COMPANY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – ROYBAL FEDERAL BUILDING

| | |
|---|---|
| RK COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br>HARVARD SCIENTIFIC CORP. dba VIBRAGEN INC.; THOMAS WAITE and DR. JACKIE R. SEE,<br><br>　　　　Defendants. | Case No.  CV 09-00563 ABC<br><br>[Assigned to the Honorable Audrey B. Collins]<br><br>**ASSIGNMENT ORDER**<br><br>Date:　　　　**June 15, 2009**<br>Time:　　　　**10:00 a.m.**<br>Courtroom.:　**680**<br><br>Date Action Filed:  May 11, 2009 |

The motion of judgment creditor RK COMPANY came on regularly for hearing on June 15, 2009, before the Honorable Audrey B. Collins, in Courtroom 680 of the above-entitled court. Appearances are noted in the record. The Court having considered the motion and no papers in opposition having been filed therein, and for good cause appearing therefor,

/ / /

1
**[PROPOSED] ASSIGNMENT ORDER**

**IT IS ORDERED:**

1. That the notice of motion and motion for assignment of rights, turnover order, and restraining order be and the same is hereby granted.

2. That all accounts, accounts receivable, rights to payment of money, contract rights, rights to payment of money from third parties, contingent rights, deposits and deposit accounts, claims against third parties, monies due from third parties, due and in favor of and for the benefit of judgment debtor, JACKIE R. SEE, or of any of judgment debtor's family members, business associates, partners, assignees, and other persons acting on his behalf, due be and the same are hereby assigned to Plaintiff RK Company care of its attorney, Matthew Hevrin, Hinshaw & Culbertson LLP, 100 Park Avenue, Rockford, Illinois 61101 for purposes of payment of the Judgment in the amount of $1,664,153.42, plus interest and costs as may be allowed.

3. That 25% of judgment debtor's disposable future earnings; judgment debtor's interest in accounts receivable, commissions from consulting services and option payments due from numerous companies and all rights to payment thereunder, and payments on copyrights and registrations held by judgment debtor be assigned and paid to judgment creditor.

4. That Stemedica, Biosphere Technology, OmniVax BioPharmaceuticals and Blast Energy Services Inc. will pay all accounts receivable, commissions from consulting services and option payments due to judgment debtor directly to judgment creditor R K COMPANY or Matthew Hervin of Hinshaw & Culbertson LLP as counsel for judgment creditor, to be applied to the judgment herein until such judgment is fully satisfied or this order is amended.

5   That judgment debtor JACKIE R. SEE is hereby stayed, prohibited and enjoined, from cashing, negotiating, advancing, collecting, any and all accounts, accounts receivable, rights to payment of money, claims for payment of money due from third parties, or other rights subject to the assignment herein.

**[PROPOSED] ASSIGNMENT ORDER**

31141853v1  800851  49664

1    6.   That judgment debtor JACKIE R. SEE is hereby prohibited, stayed and
2 enjoined, from the assignment, mortgage, lien, or sale of any of the accounts, accounts
3 receivable, rights to payment of money, and claims for payment of money due from
4 third parties, the subject matter of the assignment hereunder.

5    7.   That judgment debtor JACKIE R. SEE shall deliver all checks, cash,
6 notes, instruments, deposits, deposit accounts, checks, drafts or warrants, to Orange
7 County Sheriff Department, North Justice Center, 1275 North Berkeley Ave., Room
8 360, Fullerton, California 92832 for the benefit of judgment creditor.

9    **8.   Creditor RK Company will file a Status Report with the Court on**
10 **the first business day of every month apprising the Court of recovery obtained**
11 **from Judgment Debtor Jackie R. See.**

12   **9.   As soon as recovery is complete, Creditor RK Company shall serve**
13 **all the parties on whom RK Company previously served a copy of this Notice**
14 **another Notice that recovery is complete.**

15   **10.  Once recovery is complete, this order shall be void.**

17   **NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT**
18 **DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT THE**
19 **JUDGMENT DEBTOR TO BEING HELD IN CONTEMPT OF COURT.**

Dated _ June 17, 2009

*[signature: Audrey B. Collins]*

HONORABLE AUDREY B. COLLINS

3

**[PROPOSED] ASSIGNMENT ORDER**

31141853v1 800851 49664

# PROOF OF SERVICE

***RK Company v. Harvard Scientific; Jackie R. See et al***

United State District Court (Central District)

Western Division, Roybal Federal Building

Case No. CV 09-00563 ABC

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On June 16, 2009, I served the document(s) entitled **[PROPOSED] ORDER ON MOTION FOR ASSIGNMENT ORDER AND FOR ORDER RESTRAINING JUDGMENT DEBTOR** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

| | |
|---|---|
| **Randall Lee Hite, Esq.**<br>**Hite & Associates**<br>Hite Bldg<br>1119 N Bush St<br>Santa Ana, CA 92701<br>Tel: (714) 973-1000<br>Fax: (714) 558-6893<br>Email: Hite@HiteLaw.NET | **Jackie R. See**<br>541 Riviera Court<br>Fullerton, CA 92835-2729<br>Tel: (714) 870-7674 |

**[ X ] (VIA OVERNIGHT MAIL)**: I deposited such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

**[ X ] (BY E-MAIL OR ELECTRONIC TRANSMISSION):** I caused the documents to be to be sent to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on June 16, 2009, at Los Angeles, California.

/s/ Robin Mojica