1 | Gary E. Devlin (SBN: 210517)
HINSHAW & CULBERTSON LLP
2 | 11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
3 | Telephone: 310-909-8000
Fax: 310-909-8001
4 |
Attorneys for Judgment Creditor
5 | RK COMPANY

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION – ROYBAL FEDERAL BUILDING

11

12 | RK COMPANY,

Plaintiff,
13 |
vs.
14 | HARVARD SCIENTIFIC CORP. dba
VIBRAGEN INC.; THOMAS WAITE
15 | and DR. JACKIE R. SEE,

16 | Defendants.

17

18

19

20

21

22

| Case No.  CV 09-00563 ABC |
| [Assigned to the Honorable Audrey B. Collins] |
| SUPPLEMENTAL STATUS REPORT RE: ASSIGNMENT ORDER |
| Date:        **December 3, 2010** |
| Time:        **10:00 a.m.** |
| Courtroom: **680** |
| [No Appearance Required] |
| Date Action Filed:  May 11, 2009 |

23        On June 15, 2009, the Honorable Audrey B. Collins granted motion for

24  assignment of rights, turnover order, and restraining order in favor of Plaintiff and

25  Judgment Creditor RK Company.  Previous status reports were filed on July 1, 2009,

26  September 15, 2009, March 16, 2010 and July 2, 2010.  Judgment Creditor hereby

27  submits this supplemental status report:

28

1

SUPPLEMENTAL STATUS REPORT RE: ASSIGNMENT ORDER

31183002v1  0800851  49664

1

2    **I.    NOTICE.**

3        Notice of the Assignment Order was sent to Judgment Debtor and Counsel

4    (Defendant Jackie R. See, 541 Riviera Court, Fullerton, CA 92835; and Dr. See's

5    counsel of record Randall Lee Hite, Esq., 1119 North Bush Street, Santa Ana, CA

6    92701) and the Restrained Parties (Stemedica Cell Technologies c/o Agent for Service

7    of Process Maynard A. Howe, 205 South Helix, Suite 72, Solana Beach, CA 92075;

8    Biosphere Technology Inc. c/o Agent for Service of Process Laughlin Associates Inc.,

9    2533 North Carson Street, Carson City, Nevada 89706;  H. K. MacNaught, CEO &

10   President, OmniVax BioPharmaceuticals Inc., P.O. Box 86344, North Vancouver,

11   British Columbia, V7L 4K6, Canada; and Blast Energy Services Inc., 14550 Torrey

12   Chase Boulevard, Suite 330, Houston, TX 77014).

13       The Notice of Order read as follows:

14       "That all accounts, accounts receivable, rights to payment of
         money, contract rights, rights to payment of money from third parties,
15       contingent rights, deposits and deposit accounts, claims against third
         parties, monies due from third parties, due and in favor of and for the
16       benefit of judgment debtor, JACKIE R. SEE, or of any of judgment
         debtors family members, business associates, partners, assignees, and
17       other persons acting on his behalf, due be and the same are hereby
         assigned to Plaintiff RK Company care of its attorney, Matthew Hevrin,
18       Hinshaw & Culbertson LLP, 100 Park Avenue, Rockford, Illinois 61101
         for purposes of payment of the Judgment in the amount of $1,664,153.42,
19       plus interest and costs as may be allowed. That 25% of judgment debtor's
         disposable future earnings; judgment debtor's interest in accounts
20       receivable, commissions from consulting services and option payments
         due from numerous companies and all rights to payment thereunder, and
21       payments on copyrights and registrations held by judgment debtor be
         assigned and paid to judgment creditor.
22
         That judgment debtor JACKIE R. SEE is hereby stayed, prohibited
23       and enjoined, from cashing, negotiating, advancing, collecting, any and
         all accounts, accounts receivable, rights to payment of money, claims for
24       payment of money due from third parties, or other rights subject to the
         assignment herein. That judgment debtor JACKIE R. SEE is hereby
25       prohibited, stayed and enjoined, from the assignment, mortgage, lien, or
         sale of any of the accounts, accounts receivable, rights to payment of
26       money, and claims for payment of money due from third parties, the
         subject matter of the assignment hereunder.
27
         That judgment debtor JACKIE R. SEE shall deliver all checks,
28       cash, notes, instruments, deposits, deposit accounts, checks, drafts or

                                            2
    ─────────────────────────────────────────────────────────
              SUPPLEMENTAL STATUS REPORT RE: ASSIGNMENT ORDER

                                            31183002v1  0800851  49664

1   warrants, to Orange County Sheriff Department, North Justice Center,
2   1275 North Berkeley Ave., Room 360, Fullerton, California 92832 for
    the benefit of judgment creditor.

3           Creditor RK Company will file a Status Report with the Court on
    the first business day of every month apprising the Court of recovery
4   obtained from Judgment Debtor Jackie R. See.

5           As soon as recovery is complete, Creditor RK Company shall
    serve all the parties on whom RK Company previously served a copy of
6   this Notice another Notice that recovery is complete. Once recovery is
    complete, this order shall be void."

7

8   **II.   COLLECTION EFFORTS.**

9           No additional funds have been collected from Dr. See since the date of RK

10  Company's last Supplemental Status Report filed on July 2, 2010.  Likewise, Dr. See

11  has made no payments or caused any funds to be transferred as directed by this

12  Court's Assignment Order excerpted above.

13          On June 2, 2010, RK Company sent a "meet and confer" letter to Dr. See's

14  counsel, Randall Lee Hite, Esq., pursuant to Central District Local Rule 7-3.  The

15  letter advised RK Company intended to file a motion for an order permitting the

16  second examination of judgment debtor, Dr. See.   Mr. Hite promptly contacted

17  counsel for RK Company and advised Dr. See will voluntarily appear at RK

18  Company's counsel's offices for the debtor examination without a formal order of this

19  Court mandating same.  Dr. See also agreed to produce documents in advance of the

20  second debtor exam, and RK Company forwarded its list of materials requested.  Dr.

21  See then forwarded the documents requested that he determined to be responsive and

22  non-privileged.  As of the date of this Report, RK Company is still determining how it

23  will proceed forward with its judgment enforcement efforts against Dr. See including,

24  ///

25  ///

26  ///

27

28

SUPPLEMENTAL STATUS REPORT RE: ASSIGNMENT ORDER

31183002v1 0800851 49664

1    but not limited to, a second judgment debtor exam.

2

3    Dated:   December 3, 2010                   Hinshaw & Culbertson LLP

4

5                                             Gary E. Devlin
                                            Attorneys for Plaintiff

6                                             RK Company

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

31183002v1  0800851  49664

## PROOF OF SERVICE

### *RK Company v. Harvard Scientific; Jackie R. See et al*

United State District Court (Central District)

Western Division, Roybal Federal Building

Case No. CV  09-00563 ABC

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made.  I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On December 3, 2010, I served the document(s) entitled **SUPPLEMENTAL STATUS REPORT RE: ASSIGNMENT ORDER** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

| | |
|---|---|
| **Randall Lee Hite, Esq.** | **Jackie R. See** |
| **Hite & Associates** | 541 Riviera Court |
| Hite Bldg | Fullerton, CA 92835-2729 |
| 1119 N Bush St | Tel: (714) 870-7674 |
| Santa Ana, CA 92701 | |
| Tel: (714) 973-1000 | |
| Fax: (714) 558-6893 | |
| Email:  Hite@HiteLaw.NET | |

[XX] (BY MAIL):        I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on December 3, 2010, at Los Angeles, California.


_____/s/_____
**Robin Mojica**

SUPPLEMENTAL STATUS REPORT RE: ASSIGNMENT ORDER

31183002v1  0800851  49664