## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-00563 ABC | Date | August 17, 2012 |
|---|---|---|---|
| Title | RK Company v. See | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | |
|---|---|---|
| Daphne Alex | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**    **ORDER TO SHOW CAUSE** (In Chambers)

On September 6, 2011, the Court allowed Plaintiff and Judgment Debtor's counsel to withdraw from this case.  Since that time, Plaintiff has not substituted new counsel.  Under the Court's Local Rules, "[a] corporation including a limited liability corporation, a partnership including a limited liability partnership, an unincorporated association, or a trust may not appear in any action or proceeding <u>pro se</u>," that is, without an attorney.  Local Rule 83-2.10.1.

Plaintiff is **ORDERED TO SHOW CAUSE** within 30 days of the date of this Order why this case should not be dismissed for Plaintiff's failure to retain counsel.  Plaintiff may respond to this Order by filing a notice of substitution of counsel within that time frame. **The failure to timely respond to this Order or file a notice substitution of counsel will result in dismissal of this case without further notice to the parties.**

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | AB |